UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NETUNO USA, INC.,
a Florida corporation,

Plaintiff,

CIVIL ACTION NO.  0:20-cv-62240

v.

NATHALIE THOREUX,

Defendant(s).

_____/

**VERIFIED COMPLAINT FOR DAMAGES**

Plaintiff, NETUNO USA, Inc., a Florida corporation ("NETUNO") by and through undersigned counsel, hereby sues Defendant, NATHALIE THOREUX ("THOREUX"), and in support thereof states the following:

**I.      JURISDICTION AND VENUE**

1. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(2), (c) and supplemental jurisdiction over any sate claims pursuant to 28 U.S. C. § 1367(a).

2. Pursuant to 28 U.S.C. § 1332(a)(2) District Courts have jurisdiction over all civil actions where the matter in controversy exceeds $75,000, exclusive of interest and costs and is between citizens of a State and citizens and subjects of a foreign state.

3. NETUNO is a Florida corporation with its principal place of business located in Fort Lauderdale, Florida.

4. THOREUX is an individual residing in Martinique, France.

5. THOREUX reached into Broward County, Florida by contacting NETUNO in order to place the Order which are subject to this legal action.

NETUNO USA, INC. v.  
THOREUX

CIVIL ACTION NO. 0:20-cv-62240  
COMPLAINT

6. NETUNO claims damages in excess of $75,000, exclusive of interest and costs.

7. Venue is properly laid in this judicial district pursuant to U.S.C. § 1391(b)(2) because "a substantial part of the events or omissions giving rise to the claim occurred" in Broward County, Florida and THOREUX reached into Broward County, Florida in order to transact business with Plaintiff, which is the location of a considerable number of relevant items of correspondence and invoices that were sent from or received within the Southern District of Florida in addition to witnesses.

8. All conditions precedent to filing this action, if any, have been satisfied or waived.

9. NETUNO has been required to retain undersigned counsel to enforce its rights through this action and has agreed to pat its counsel a reasonable fee for those services, for which THOREUX is liable in accordance with the terms of the contract.

II. **ALLEGATIONS COMMONS TO ALL COUNTS**

10. NETUNO is a wholesaler of seafood products that it imports and distributes to retailers, restaurants, and local distributors worldwide.

11. THOREUX is a purchaser of bulk seafood items who resells the product to buyers within countries of the European Union.

12. On April 24, 2019, THOREUX placed an Order with NETUNO for 31,500 pounds of frozen seafood products for a total price of $89,775.00. A true and correct copy of Invoice Number SI+358637 is attached hereto as Exhibit "A."

13. Payment for Invoice Number SI+358637 was due on May 24, 2019.

14. THOREUX acknowledged the existence of the debt in connection with Invoice Number SI+358637, but requested additional credit while the sale of that product was pending.

15. Thereafter, on July 23, 2019, THOREUX placed a second Order with NETUNO for 29,400 pounds of frozen seafood products for $83,790.00.  A true and correct copy of Invoice Number SI+360194 is attached hereto as Exhibit "B."

16. Payment for Invoice Number SI+360194 was due on August 22, 2019.

17. THOREUX accepted and retained the goods sold by NETUNO USA, INC. and did not make any claims in connection therewith.

18. Based on knowledge and belief, THOREUX has acknowledged the existence of the debt to one or more of NETUNO's agents and has made subsequent promises to pay the debt.

19. On April 29, 2020, the undersigned firm was retained in order to collect the debt from THOREUX.

20. THOREUX responded to NETUNO's agents with further promises to pay the debt, which remains delinquent.

21. To date the Invoices have not been paid and the total outstanding balance on THOREUX's account is $173,565.00 (ONE HUNDRED SEVENTY-THREE THOUSAND FIVE HUNDRED SIXTY-FIVE THOUSAND DOLLARS), exclusive of interest and the 1.5% service charge.

22. Plaintiff has retained the undersigned counsel to represent it in the instant action and is obligated to pay the firm and its attorneys reasonable fees and expenses.

23. All conditions precedent to asserting this action have either been performed or waived.

III.   **CLAIMS FOR RELIEF**

**Count I – Breach of Contract**
**(Invoice Number SI+358637)**

24. Plaintiff re-alleges and incorporates in this Count the allegations contained in Paragraphs 1 through 15, above, as if fully set forth herein.

25. A valid contract existed between NETUNO and THOREUX for the purchase and sale of seafood products.

26. On April 24, 2019, THOREUX placed an Order with NETUNO for 31,500 pounds of frozen seafood products for a total price of $89,775.00. A true and correct copy of Invoice Number SI+358637 is attached hereto as Exhibit "A."

27. THOREUX accepted and retained the goods sold by NETUNO.

28. To date the Invoice has not been paid and the total outstanding balance on THOREUX's account for this invoice is $89,775.00, exclusive of interest.

29. As a direct and proximate result of THOREUX's breach of contract, NETUNO has suffered damages in the amount of $89,775.00.

30. Accordingly, Plaintiff requests an Order from the Court requiring THOREUX to pay damages to NETUNO in the amount of $89,775.00, a 1.5% service charge in the amount of $1,346.63, in addition to attorney's fees, costs, interest, and any other such relief as the Court may deem appropriate and necessary.

**WHEREFORE**, Plaintiff requests that the Court Order requiring the Defendant, THOREUX to pay damages to Plaintiff, including, but not limited to, costs incurred in attempting to collect the debt, court costs, attorney's fees, interest, and other incidental and consequential damages, and all other amounts due or as much thereof as the Court deems due under the circumstances.

### Count II – Breach of Contract
### (Invoice Number SI+360194)

31. Plaintiff re-alleges and incorporates in this Count the allegations contained in Paragraphs 1 through 15, above, as if fully set forth herein.

32. A valid contract existed between NETUNO and THOREUX for the purchase and sale of seafood products.

33. On July 23, 2019, THOREUX placed a second Order with NETUNO for 29,400 pounds of frozen seafood products for $83,790.00. A true and correct copy of Invoice Number SI+360194 is attached hereto as Exhibit "B."

34. THOREUX accepted and retained the goods sold by NETUNO.

35. To date the Invoice has not been paid and the total outstanding balance on THOREUX's account for this invoice is $83,790.00, exclusive of interest.

36. As a direct and proximate result of THOREUX's breach of contract, NETUNO has suffered damages in the amount of $83,790.00.

37. Accordingly, Plaintiff requests an Order from the Court requiring THOREUX to pay damages to NETUNO in the amount of $83,790.00, a 1.5% service charge in the amount of $1,256.85, in addition to attorney's fees, costs, interest, and any other such relief as the Court may deem appropriate and necessary.

**WHEREFORE**, Plaintiff requests that the Court Order requiring the Defendant, THOREUX to pay damages to Plaintiff, including, but not limited to, costs incurred in attempting to collect the debt, court costs, attorney's fees, interest, and other incidental and consequential damages, and all other amounts due or as much thereof as the Court deems due under the circumstances.

### Count III – Unjust Enrichment

38. Plaintiff re-alleges and incorporates in this Count the allegations contained in Paragraphs 1 through 15, above, as if fully set forth herein.

39. Plaintiff has conferred a benefit of seafood products valued at $173,565.00 on the Defendant, who has knowledge thereof.

40. Defendant voluntarily accepted and retained the benefit.

41. The circumstances are such that it would be inequitable for the Defendant to retain the benefit without paying the value thereof to the Plaintiff.

42. Therefore, the Court should enter an Order requiring Defendant any and all amounts by which they were unjustly enriched to Plaintiff.

**WHEREFORE**, Plaintiff requests that the Court enter an Order requiring the Defendant, THOREUX to return any and all amounts by which they were unjustly enriched, court costs, attorney's fees, interest and all other amounts due or as much thereof as the Court deems due under the circumstances.

### ATTORNEY'S FEES

43. Plaintiff demands an award of attorney's fees pursuant to all relevant contractual provisions, including the credit application and attached invoices, statutory provisions, or by the Court exercising its equitable powers.

**WHEREFORE,** NETUNO USA, INC. respectfully demands judgment against the Defendant, NATHALIE THOREUX granting the Plaintiff the following relief:

a. An award for damages consistent with the relief sought herein, including expectation damages and pre-judgment interest;
b. 1.5% service charge for the open invoices;
c. Pre-judgment interest;
d. Post-judgment interest;
e. Court costs;
f. Reasonable attorneys' fees; and
g. Such other relief that the Court may deem appropriate and necessary.

Respectfully Submitted,

NETUNO USA, INC. v.					CIVIL ACTION NO. O:2O-cv-6224O
THOREUX							COMPLAINT

							The Law Office of Vinicius Adam
							511 SE 5th Ave., Suite 104
							Phone: (954) 451-0792
							Fax: (267) 430-8862

					By:		/s/ Vinicius Adam, Esq.
							Vinicius Adam
							Fla. Bar No. 116536
			Primary Service Email:		Service@VAdamLaw.com
							Attorney for Plaintiff

## VERIFICATION

Under penalties of perjury, I declare that I have read the foregoing Verified Complaint and that the facts stated in it are true and correct to the best of my knowledge and belief.

NETUNO USA, INC.

Dated: November 3, 2020

Luciano Bonaldo, C.E.O.

STATE OF FLORIDA

COUNTY OF BROWARD

The foregoing instrument was acknowledged before me by means of [✓] physical presence or [_] online notarization this 3rd day of November 2020 by Luciano Bonaldo as C.E.O. for Netuno USA, Inc., who is either (a) personally known to me or (b) has produced the following as identification: _____.

(NOTARIAL SEAL)

VINICIUS ADAM
MY COMMISSION # GG140483
EXPIRES: September 04, 2021

Vinicius Adam
My Commission Expires: September 4, 2021

# EXHIBIT "A"



# INVOICE

511 SE 5th Avenue
Suite 103
Ft.Lauderdale, FL  33301
P: 305-513-0904
WD # 7978

**Invoice Number: SI+358637**

Invoice Date: 04/24/19
Page: 1

| Bill To: | NATHALIE THOREUX<br>IMMEUBLE FRIGODOM<br>ZIP DE LA POINTE DES GRIVES<br>FORT DE FRANCE, 97200<br>USA | Ship To: | NATHALIE THOREUX<br>IMMEUBLE FRIGODOM<br>ZIP DE LA POINTE DES GRIVES<br>FORT DE FRANCE, 97200<br>USA |
|---|---|---|---|

| Ship Via | Deliver Pre-Paid | Customer ID | 100925 |
|---|---|---|---|
| Ship Agent | Steamshipline/ Containers | P.O. Number | NATHALIE |
| Ship Date | 04/24/19 | P.O. Date | 04/02/19 |
| Due Date | 05/24/19 | SalesPerson | LUCIANO |
| Terms | Net 30 days | Our Order No. | SO178608 |

| Lot No. | Description | Packed | Cases | Weight | Location | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| JES-006 | 101511 - Snap WGGS YellowT .5-.75#-10<br>Country Of Origin:   MEXICO NT | 1x10-INB | 750 | 7,500 LBS<br>Catch Method:   Wild | DIRECT S | 2.85 | 21,375.00 |
| JES-006 | 100803 - Snap WGGS Lane .5-.75#-10<br>Country Of Origin:   MEXICO NT | INB 1x10 ( | 2,400 | 24,000 LBS<br>Catch Method:   Wild | DIRECT S | 2.85 | 68,400.00 |

****   PLEASE UPDATE YOUR SYSTEM FOR THIS PAYMENT ADDRESS ONLY ****

**PLEASE MAIL PAYMENTS TO:**   **Netuno USA Inc**
**P.O. Box 628701**
**Orlando, FL 32862-8701**

| Total Weight: | 31,500 | Total Cases: | 3,150 | Invoice Total: | 89,775.00 |
|---|---|---|---|---|---|

CLAIMS ON THE PRODUCT SOLD MUST BE MADE WITHIN 7 DAYS OF DELIVERY DATE.   ALTERED PRODUCT WILL NOT BE ACCEPTED. NO CLAIMS WILL BE ACCEPTED UNLESS AGREED TO IN WRITING BY NETUNO USA, INC.  TO ACCEPT THE MERCHANDISE. CUSTOMER AGREES THAT PAYMENT WILL BE MADE ACCORDING TO TERMS STATED ON THIS INVOICE AND THAT A SERVICE CHARGE OF 1.5% WILL BE ACCRUED ON ALL PAST DUE BALANCES.   THAT IN THE EVENT OF ANY DISPUTE BETWEEN CUSTOMER AND NETUNO USA, INC. JURISDICTION AND EXCLUSIVE VENUE LIE IN BROWARD COUNTY, FLORIDA, AND THAT IF CUSTOMER'S ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION, WHETHER OR NOT LITIGATION IS FILED, CUSTOMER AGREES TO BE RESPONSIBLE FOR ALL REASONABLE ATTORNEY'S FEES AND ALL COURT COSTS.

# EXHIBIT "B"



# INVOICE

511 SE 5th Avenue
Suite 103
Ft.Lauderdale, FL  33301
P: 305-513-0904
WD # 7978

**Invoice Number: SI+360194**

Invoice Date: 07/23/19
Page: 1

| Bill To: | NATHALIE THOREUX<br>IMMEUBLE FRIGODOM<br>ZIP DE LA POINTE DES GRIVES<br>FORT DE FRANCE, 97200<br>USA | Ship To: | NATHALIE THOREUX<br>IMMEUBLE FRIGODOM<br>ZIP DE LA POINTE DES GRIVES<br>FORT DE FRANCE, 97200<br>USA |
|---|---|---|---|

| Ship Via | Deliver Pre-Paid | Customer ID | 100925 |
|---|---|---|---|
| Ship Agent | Steamshipline/ Containers | P.O. Number | NATHALIE |
| Ship Date | 07/23/19 | P.O. Date | 07/15/19 |
| Due Date | 08/22/19 | SalesPerson | LUCIANO |
| Terms | Net 30 days | Our Order No. | SO181304 |

| Lot No. | Description | Packed | Cases | Weight | Location | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| JES-014 | 101171 - Snap WGGS RTL YellowT .5-1#-20<br>Country Of Origin:   MEXICO NT | IQF 10x2# | 500 | 10,000 LBS<br>Catch Method:   Wild | DIRECT S | 2.85 | 28,500.00 |
| JES-014 | 100978 - Snap WGGS RTL Lane .5-1#-20<br>Country Of Origin:   MEXICO NT | IQF 10x2# | 970 | 19,400 LBS<br>Catch Method:   Wild | DIRECT S | 2.85 | 55,290.00 |

**\*\*   PLEASE UPDATE YOUR SYSTEM FOR THIS PAYMENT ADDRESS ONLY \*\***

**PLEASE MAIL PAYMENTS TO:**   Netuno USA Inc
P.O. Box 628701
Orlando, FL 32862-8701

| Total Weight: | 29,400 | Total Cases: | 1,470 | Invoice Total: | 83,790.00 |
|---|---|---|---|---|---|

CLAIMS ON THE PRODUCT SOLD MUST BE MADE WITHIN 7 DAYS OF DELIVERY DATE.   ALTERED PRODUCT WILL NOT BE ACCEPTED. NO CLAIMS WILL BE ACCEPTED UNLESS AGREED TO IN WRITING BY NETUNO USA, INC.  TO ACCEPT THE MERCHANDISE. CUSTOMER AGREES THAT PAYMENT WILL BE MADE ACCORDING TO TERMS STATED ON THIS INVOICE AND THAT A SERVICE CHARGE OF 1.5% WILL BE ACCRUED ON ALL PAST DUE BALANCES.   THAT IN THE EVENT OF ANY DISPUTE BETWEEN CUSTOMER AND NETUNO USA, INC. JURISDICTION AND EXCLUSIVE VENUE LIE IN BROWARD COUNTY, FLORIDA, AND THAT IF CUSTOMER'S ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION, WHETHER OR NOT LITIGATION IS FILED, CUSTOMER AGREES TO BE RESPONSIBLE FOR ALL REASONABLE ATTORNEY'S FEES AND ALL COURT COSTS.